UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:24-cv-2175-AH-BFM | Date: August 19, 2025 |
| Title  *Eugene Red Protsman v. Warden Pennington* | |

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order to Show Cause

    On April 28, 2025, the previously assigned Magistrate Judge issued an Order Dismissing Complaint with Leave to Amend. (ECF 31.) The Order gave Plaintiff until May 19, 2025, to file a First Amended Complaint that remedied the deficiencies discussed in the Order. The Order warned Plaintiff that, if he did not timely file a First Amended Complaint, the Court would recommend that the action be dismissed for failure to state a claim and failure to prosecute. Plaintiff requested and was granted an extension of that deadline, to July 12, 2025. (ECF 32, 33.) More than a month past that deadline, however, Plaintiff has still not filed a First Amended Complaint.

    Accordingly, **no later than September 19, 2025, Plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of the First Amended Complaint on or before September 19, 2025, shall be deemed compliance with this Order to Show Cause. Failure to do so will result in the Court recommending that this action be dismissed for failure to prosecute.

    **IT IS SO ORDERED**.

Initials of Preparer:    ch