UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE RED PROTSMAN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN PENNINGTON, et al.,<br><br>Defendants. | No. 5:24-cv-02175-AH-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. The Complaint is dismissed.
3. Judgment shall be entered dismissing this action without prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: DECEMBER 12, 2025

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE