JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EUGENE RED PROTSMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>WARDEN PENNINGTON, et al.,<br><br>        Defendants. | No. 5:24-cv-02175-AH-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Complaint in this matter is dismissed and the action is dismissed without prejudice.

DATED: DECEMBER 12, 2025

_____
HONORABLE ANNE HWANG
UNITED STATES DISTRICT JUDGE